# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01134-JLK-MEH

REID L. ROSENTHAL,

   Plaintiff,

vs.

HIGH COUNTRY NEWS,
and JOHN DOES 1-50,

   Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Reid L. Rosenthal, by and through his counsel, Semler & Associates, P.C. and Kutner Miller Brinen, P.C., and respectfully gives notice of the voluntary dismissal of this action without prejudice to his right to re-file should circumstances warrant. None of the Defendants have answered, moved for summary judgment or otherwise appeared in this action.

Dated this 14th day of September 2007.

   SEMLER & ASSOCIATES, P.C.

   s/ Matthew Nelson
   R. Parker Semler
   Matthew Nelson
   Semler & Associates, P.C.
   1775 Sherman Street, Suite 2015
   Denver, Colorado 80203
   (303) 839-1680 – Telephone
   (303) 839-1642 – Facsimile
   Email: parker@semlerlaw.com
          matt@semlerlaw.com

KUTNER MILLER BRINEN, P.C.

s/ Jeffrey S. Brinen
Jeffrey S. Brinen
Kutner Miller Brinen, P.C.
303 East 17th Ave, Suite 500
Denver, Colorado 80203
(303) 832-2400 – Telephone
(303) 832-1510 – Facsimile
Email: jsb@kutnerlaw.com